IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ZAKARIA SHERIFF,<br><br>　　　　Plaintiff,<br>　v.<br><br>JEFFERSON B. SESSIONS, III,<br><br>　　　　Defendant. | No. 4:18-CV-00144<br><br>(Judge Brann)<br><br><br>(Magistrate Judge Arbuckle) |

# ORDER

### NOVEMBER 9, 2018

In light of the Court's receipt of the Proposed Order for Consent Judgment entered into by and between both Plaintiff and Department of Justice, **IT IS HEREBY ORDERED** that Magistrate Judge William I. Arbuckle's November 9, 2018 Report and Recommendation, ECF No. 23, is **ADOPTED in full**.

　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　*s/ Matthew W. Brann*
　　　　　　　　　　　　　　　Matthew W. Brann
　　　　　　　　　　　　　　　United States District Judge